PROB 12B
(7/93)

Report Date: April 23, 2008

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 25 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

---

Name of Offender: Enrique Santos Rodriguez          Case Number: 2:00CR02033-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Court Judge

Date of Original Sentence: 01/25/2001          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture a Controlled Substance, Methamphetamine, 21 U.S.C. § 846

Date Supervision Commenced: 04/14/2008

Original Sentence: Prison - 120 Months; TSR - 60 Months

Date Supervision Expires: 04/13/2013

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Mr. Rodriguez was released from custody on April 14, 2008. The undersigned officer respectfully requests that Mr. Rodriguez's conditions of supervised release be modified to include "not more than six urinalysis submissions per month," to comply with the United States v. Stephens 424 F.3d 876 (9th Cir. 205).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    4/23/08

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

4/25/08
_____
Date