PROB 12B
(7/93)

Report Date: March 1, 2010

**United States District Court**

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 03 2010**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Enrique Santos Rodriguez          Case Number: 2:00CR02033-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 01/25/2001          Type of Supervision:  Supervised Release

Original Offense: Conspiracy to Manufacture a          Date Supervision Commenced: 04/14/2008
Controlled Substance, Methamphetamine, 21 U.S.C.
§ 846

Original Sentence: Prison - 120 Months; TSR - 60          Date Supervision Expires: 04/13/2013
Months

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

19      You shall participate in the home confinement program for 60 days. You shall abide by all the requirements
        of the program, which will include electronic monitoring or other location verification system. You shall
        pay all or part of the costs of the program based upon your ability to pay. You are restricted to your
        residence with the exception of employment and treatment related purposes, as directed by the supervising
        officer. Any other absence requires advance approval of the supervising officer.

**CAUSE**

On February 23, 2010, Mr. Rodriguez reported to Pioneer Counseling for drug testing. A staff member reported Mr.
Rodriguez was caught bringing a bottle of urine into the facility; apparently in an attempt to circumvent the testing
procedure. When confronted, he left the testing center without providing a urine sample for testing.

On February 25, 2010, Mr. Rodriguez was scheduled to report to Pioneer Counseling for drug testing. He failed to
report. As a result of his behavior, he has been placed on a "last chance contract" through Pioneer Counseling for
his drug treatment.

Mr. Rodriguez has been employed full-time through LCD Exposition Services since January 30, 2010. Prior to this
time, he was unemployed for approximately 4 months. A sanction of 60 days home confinement will address the
violation behavior, while allowing him to remain employed and active in drug treatment.

Prob 12B
**Re:  Rodriguez, Enrique Santos**
**March 3, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 3, 2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

3/3/10

Date