PROB 12C
(7/93)

Report Date: September 25, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 25 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Enrique Santos Rodriguez          Case Number: 2:00CR02033-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 1/25/2001

| | |
|---|---|
| Original Offense: | Conspiracy to Manufacture a Controlled Substance, Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Gregory Shogren |
| Defense Attorney: | Federal Defenders |

| | |
|---|---|
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | 4/14/2008 |
| Date Supervision Expires: | 4/13/2013 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 23, 2012, the United States Secret Service and the United States Marshals Service conducted a search of the residence occupied by the offender and his girlfriend. Upon execution of the search, a counterfeiting operation was discovered. Both Mr. Rodriguez and his girlfriend were present at the time of the search. As a result of the search, the offender was taken into custody and a criminal complaint was filed. |
| 2 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: On September 24, 2012, a criminal records check revealed Enrique Rodriguez was questioned by law enforcement on June 23, 2012, due to an alleged assault complaint involving Mr. Rodriguez's girlfriend. Mr. Rodriguez has yet to report any contact with law enforcement regarding this incident. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Rodriguez, Enrique Santos
September 25, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/25/2012

s/ M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 25, 2012
Date