PROB 12C
(7/93)

Report Date: February 12, 2013

## United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 12 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Enrique Santos Rodriguez        Case Number: 2:00CR02033-001

Address of Offender: Spokane County Jail - 1100 W. Mallon, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 1/25/2001

| | |
|---|---|
| Original Offense: | Conspiracy to Manufacture a Controlled Substance, Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: 4/14/2008

Date Supervision Expires: 4/13/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 6, 2013, Enrique Rodriguez was indicted in the Eastern District of Washington, U.S. District Court, and charged with the offense of Manufacture of Counterfeit Federal Reserve Notes, in violation of 18 U.S.C. §§ 471 and 2. This matter remains pending. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/12/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Rodriguez, Enrique Santos
February 12, 2013
Page 2

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

February 13, 2013
Date